THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN TRYHANE, Appellant.

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.